HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES C. BORKOWITZ, ) | Case No:  3:13-cv-03652 EMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have a first extension of time of (60) days up through and including Monday, February 17, 2014 in which to e-file his Motion for Summary Judgment; and (2) Defendant shall file any opposition, including cross-motions, on or before March 17, 2014. This extension is necessitated by the number of cases (8) the firm presently has pending before this and other district courts that require briefing.

MELINDA L. HAAG
United States Attorney

Dated: December 13, 2013      */s/*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Social Security Administration

Dated: December 13, 2013      */s/*
HARVEY P. SACKETT
Attorney for Plaintiff
JAMES C. BORKOWITZ

IT IS SO ORDERED.

Dated: December 18, 2013

GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2