HARVEY P. SACKETT

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/jgl

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JAMES C. BORKOWITZ, | ) | No.: 3:13-cv-03652 EMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER FOR |
| | ) | DISMISSAL |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice. Each party shall bear their own attorney's fees and costs.

////

///

//

/

STIPULATION AND ORDER FOR DISMISSAL

|   |   |
|---|---|
|   | MELINDA L. HAAG<br>United States Attorney |

Dated: February 13, 2014  /s/
ELIZABETH BARRY
Special Assistant U.S. Attorney
Social Security Administration
Attorney for the Defendant

Dated:  February 13, 2014  /s/
HARVEY P. SACKETT
Attorney for Plaintiff
JAMES C. BORKOWITZ

IT IS SO ORDERED.

Dated: 2/21/14   _____
HON. ED___ __ CHEN
GRANTED   Judge
Judge Edward M. Chen

STIPULATION AND ORDER FOR DISMISSAL